IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02509–RBJ–KMT

SHAUN BOGNER,

    Plaintiff,

v.

OFFICER GROGAN, and
OFFICER R. OLIVETT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Reconsider and Deny Defendants' Motion for Extension of Time to File Response to Plaintiff's Complaint" (Doc. No. 31, filed November 19, 2013) is DENIED.

Because Plaintiff is a *pro se* prisoner, Defendants are not required to confer with Plaintiff before filing motions. *See* D.C.COLO.LCivR 7.1A. The court may grant a motion at any time after it is filed. *See* D.C.COLO.LCivR 7.1C. Finally, Plaintiff is not prejudiced by the extension.

Dated: November 20, 2013