IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02509–RBJ–KMT

SHAUN BOGNER,

    Plaintiff,

v.

OFFICER GROGAN, and
OFFICER R. OLIVETT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Motion to Stay Briefing, Or in the Alternative, Motion for Extension of Time" (Doc. No. 38, filed November 22, 2013) is DENIED in part and GRANTED in part. The court did not give Plaintiff a deadline by which he must file a motion to amend his complaint. There is no guarantee Plaintiff will choose to move to amend his complaint, that the defendants will consent to any motion to amend, or that the court will grant any motion to amend. Therefore, the motion to stay the deadline to file an answer or otherwise to the Complaint is DENIED. However, defendants are GRANTED an extension until **December 6, 2013**, to answer or otherwise respond to the Complaint.

Dated: November 22, 2013