IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02509–RBJ–KMT

SHAUN BOGNER,

    Plaintiff,

v.

OFFICER GROGAN, and
OFFICER R. OLIVETT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Amend Original Complaint/Reconsider Order Dated 9/18/13" (Doc. No. 42, filed November 26, 2013) is GRANTED. Plaintiff may file his amended complaint no later than December 13, 2013. Plaintiff must use the Court's Prisoner Complaint form and comply with the Court's Information and Instructions for Filing a Prisoner Complaint. The proposed amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims and <u>all</u> defendants against whom Plaintiff wishes to assert claims.

In the event Plaintiff files an amended complaint, the defendants shall answer the amended complaint in accordance with Fed. R. Civ. P. 12. In the event Plaintiff does not file an amended complaint, the current defendants are granted an extension to and including December 20, 2013, to answer or otherwise respond to the current, operative complaint.

Dated: December 2, 2013